IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CRISTINA G. RAMOS | : | |
| | : | |
| V. | : | CIVIL ACTION NO.  7:22-cv-159 |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | (JURY DEMANDED) |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Defendant **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** ("State Farm"), pursuant to 28 U.S.C., 1446, filing this its *Notice of Removal* and, for cause, shows as follow:

**I.**

Plaintiff **CRISTINA G. RAMOS** instituted this civil action against Defendant **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** in the 464th Judicial District Court of Hidalgo County, Edinburg, Hidalgo County, Texas.  True copies of the process and pleadings from the state court litigation are contemporaneously filed.

**II.**

This action is properly removable under 28 U.S.C., §1441(a) because the United States District Court has original jurisdiction, pursuant to 28 U.S.C., §1332(a). This action is timely removable pursuant to 28 U.S.C., §1446(b). Defendant first received notice of this suit when it was served with Citation on April 18, 2022, and this removal notice is filed within 30 days thereafter.

**III.**

The plaintiff is a natural person and resident of the State of Texas. Defendant State Farm Mutual Automobile Insurance Company is a corporation incorporated in the State of Illinois, with its principal place of business in the State of Illinois. Therefore, there is diversity of citizenship between the parties.

**IV.**

Plaintiff's state court Petition pleads that plaintiff was injured in a motor vehicle accident. Plaintiff asserts a claim against State Farm for Underinsured Motorist Benefits and for Declaratory Judgment. Plaintiff further assert claims of "bad faith" and violations of the Texas Insurance Code by State Farm. Plaintiff claims that she is owed the entire $250,000.00 underinsured motorist limits of her policy with State Farm. Plaintiff is also seeking attorney fees. Plaintiff pleads that she is seeking "over $1,000,000.00 in monetary damages." The amount in controversy satisfies the threshold requirements of 28 U.S.C., §1332(a). State Farm exercises timely removal jurisdiction.

**V.**

Notice of Removal to the United States District Court has been provided to the 464th Judicial District Court of Hidalgo County, Edinburg, Hidalgo County, Texas, from which this suit originated, and to counsel for Plaintiff.

**WHEREFORE, PREMISES CONSIDERED**, defendant State Farm Mutual Automobile Insurance Company prays that this action be removed to the United States District Court for the Southern District of Texas, McAllen Division; that defendant be afforded judgment that plaintiff take nothing on all claims as to this defendant; and, for such other and further relief that it may be entitled to.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
(956) 428-7495
(956) 428-2954 (fax)


By: _/s/ Barry Ray_____
    BARRY RAY
    State Bar No. 16606355
    Federal Bar I.D. No. 15705
    Email: bray@adamsgraham.com

ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 17th day of May, 2022.

| | |
|---|---|
| Francisco J. Garza<br>Attorney at Law<br>P. O. Box 1635<br>Weslaco, Texas 78599<br>and | Via E-Filing |
| Fidel Luis Pena, III<br>Attorney at Law<br>505 Angelita Dr., Ste. 15<br>Weslaco, Texas 78599<br>***Attorneys for Plaintiff*** | Via E-Filing |


    _/s/ Barry Ray_____
    BARRY RAY